UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| CHERYL DARLENE FLORA, A/K/A | ) | CASE NO. 18-04215-JMC-13 |
| CHERYL COOK A/K/A CHERYL | ) | |
| ROBINSON | ) | |
| | ) | |
| Debtor | | |

**AGREED ENTRY MODIFYING STAY**

Creditor, Wells Fargo Bank, N.A., (hereinafter referred to as "Wells Fargo"), by counsel, and Debtor, Cheryl Darlene Flora, by counsel, agree and stipulate as follows:

1. The 11 U.S.C. §362(a) stay as to Wells Fargo, in accordance with the agreement, is hereby modified and shall remain in effect and the real estate shall not be abandoned provided debtor complies with the following conditions:

    (a) Debtor shall cure the post-petition arrearage currently due Wells Fargo in the amount of $1,138.50, which consists of:

    | | |
    |---|---|
    | Payments from 4/1/19 to 5/1/19 @ $355.89 | $711.78 |
    | Payments from 6/1/19 @ $426.72 | $426.72 |

    (b) Debtor shall pay $1,138.50 via the Chapter 13 Trustee conduit. Debtor shall make any modifications necessary to the Chapter 13 Plan to adequately fund the arrearage.

    (c) Trustee shall resume making all future regular monthly installment payments as they become due commencing with the July 1, 2019 payment, each payment to be timely made in accordance with the terms of the loan documents between Debtor and Wells Fargo.

2. Debtor shall remain current on those payments arising under the terms of their confirmed Plan.

Flora - File No. 097883B02

3. Debtor's tendering of a check to Trustee which is subsequently returned due to an insufficiency of funds in the account upon which the check is drawn shall not constitute a payment to the terms above.

4. In the event that Debtor(s) fail to comply with any of the conditions set forth above in this Entry the 11 U.S.C. §362 stay as to Wells Fargo shall be terminated and the property ordered abandoned upon the filing of an Affidavit of Default by said Creditor without further notice of hearing and said Creditor shall be permitted to exercise any rights granted to it by the loan documents with respect to the Debtor(s) and the property located at 2442 Larnie Ln, Indianapolis, IN 46219-1409, including, but not limited to, the initiation and completion of a foreclosure action and sale of the property.

AGREED AND STIPULATED TO THIS __11th__ DAY OF __July__, 2019.

/s/ SUSAN M WOOLLEY
SUSAN M. WOOLLEY, Attorney for
Wells Fargo Bank, N.A.
Attorney No. 15000-64

SUSAN M. WOOLLEY
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
317-237-2727
Fax 317-237-2717
swoolley@feiwellhannoy.com

AGREED AND STIPULATED TO THIS __11th__ DAY OF __July__, 2019.

/s/ THOMAS BRADLEY BARBOUR
THOMAS BRADLEY BARBOUR, Attorney for
Debtor

Thomas Bradley Barbour
55 E. Monroe #3400
Chicago, IL 60603
312-332-1800
Fax 877-247-1960
inn@geracilaw.com

Flora - File No. 097883B02

AGREED AND STIPULATED TO THIS  \_11th\_ DAY OF \_\_July\_\_\_, 2019.


                \_/s/BRIAN BROTHERS_____
                BRIAN BROTHERS, Staff Attorney

Brian Brothers
Staff Attorney
Chapter 13 Trustee Ann M. Delaney
251 N. Illinois #970
Indianapolis, IN 46204
317-829-7360
Fax 317-829-7369
brian@trustee13.com


Cheryl Darlene Flora
Debtor
2442 Larnie Ln
Indianapolis, IN 46219-1409

Thomas Bradley Barbour
Attorney at Law
55 E. Monroe #3400
Chicago, IL 60603

Ann M. Delaney
Trustee
P.O. Box 441285
Indianapolis, IN 46244

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

Flora - File No. 097883B02